UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
**CASE NO. 14-3601**

JAVIER LUIS

    Plaintiff-Appellant

vs

JOSEPH ZANG, et al.

    Defendants-Appellees

_____

**MOTION FOR EXTENSION OF TIME TO FILE APPELLEE BRIEF
OF AWARENESS TECHNOLOGIES**
_____

    Now comes counsel for Defendant-Appellee Awareness Technologies, Inc. and moves the Court for an order extending time for Defendant-Appellee to file its Appellee Brief . This motion is supported by the attached memorandum.

    Respectfully submitted,

    /s/ Bernard W. Wharton
    Bernard W. Wharton   0063487
    R. Gary Winters 0018680
    McCaslin, Imbus & McCaslin
    632 Vine Street, Suite 900
    Cincinnati, OH 45202
    (513) 421-4646 phone
    (513) 421-7929 fax
    bwwharton@mimlaw.com

    ***Attorneys for Defendant-Appellee***
    ***Awareness Technologies, Inc.***

**MEMORANDUM**

In its Scheduling Order, the Court determined that the Appellee Brief would be due on November 5, 2014.  Counsel for Defendant-Appellee has a two-week jury trial in front of Judge Timothy S. Black, of the United States District Court, Southern District of Ohio, Western Division.  That trial is currently occupying most of counsel's time and will do so through its conclusion.  Consequently, counsel for Defendant-Appellee respectfully requests that he be permitted to file the Appellee Brief by December 19, 2014.  This will permit the trial to conclude and counsel for Appellee to turn his full attention to the briefing in this matter.

> Respectfully submitted,
>
> /s/ Bernard W. Wharton
> Bernard W. Wharton   0063487
> R. Gary Winters 0018680
> McCaslin, Imbus & McCaslin
> 632 Vine Street, Suite 900
> Cincinnati, OH 45202
> (513) 421-4646 phone
> (513) 421-7929 fax
> bwwharton@mimlaw.com
> ***Attorneys for Defendant-Appellee***
> ***Awareness Technologies, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd   day of October, 2014, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

> /s/ R. Gary Winters
> R. Gary Winters   0018680
> Bernard W. Wharton 0063487
> McCASLIN, IMBUS & McCASLIN
> 632 Vine Street, Suite 900
> Cincinnati, OH 45202
> (513) 421-4646 phone
> (513) 421-7929 fax
> rgwinters@mimlaw.com
> bwwharton @mimlaw.com
> ***Attorneys for Defendant  Awareness Technologies***

Case: 14-3601 Document: 15 Filed: 10/22/2014 Page: 3