**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 30, 2014

Mr. Bernard William Wharton
McCaslin, Imbus & McCaslin
632 Vine Street
Suite 900 Provident Bank Building
Cincinnati, OH 45202

      Re: Case No. 14-3601, *Javier Luis v. Joseph Zang, et al*
          Originating Case No. : 1:12-cv-00629

Dear Mr. Wharton,

   The motion for an extension of time until December 19, 2014, to file Appellee's brief is DENIED. The Court has granted a 30-day extension and the briefing schedule for this case has been reset. The briefs listed below must be filed with the Clerk's office no later than these dates. The appellant must serve his brief by mailing it to all opposing counsel.

| | |
|---|---|
| Appellee's Brief<br>Appendix (if required by 6th<br>  Cir. R. 30(a) and (c)) | Filed electronically by **December 5, 2014**<br>**FINAL EXTENSION** |
| Appellant's Reply Brief<br>(Optional Brief) | Mailed **17** days after<br>the appellee's brief |

  **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**.

  If you have questions about filing the briefs, refer to the initial briefing schedule letter or to the Court's web site www.ca6.uscourts.gov. If you still have questions after reviewing the information on the web site, please contact the Clerk's office.

                                    Sincerely yours,

                                      s/Robin Duncan
                                      Case Manager
                                      Direct Dial No. 513-564-7027

cc: Javier Luis