## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: December 10, 2014

Mr. Bernard William Wharton
McCaslin, Imbus & McCaslin
632 Vine Street
Suite 900 Provident Bank Building
Cincinnati, OH 45202

Re: Case No. 14-3601, *Javier Luis v. Joseph Zang, et al*
Originating Case No. : 1:12-cv-00629

Dear Mr. Wharton,

The brief which you submitted to the court does not comply with the Federal Rules of Appellate Procedure or Sixth Circuit Rules - the specific item or items to be corrected have been marked on the enclosed checklist.

The corrected brief must be filed by **December 17, 2014**. For docketing purposes when filing the corrected briefs, select the Event Category of "Briefing", followed by "corrected brief". If you have any questions, please contact the clerk's office for assistance.

Sincerely yours,

s/Robin Baker
Case Manager
Direct Dial No. 513-564-7027

cc:  Javier Luis

Enclosure

# CHECKLIST FOR BRIEFS

ECF FUNDAMENTALS:

\_\_\_ Briefs filed ECF unless filer is pro se or attorney with a waiver for ECF filings
\_\_\_ PDF format required
\_\_\_ Native PDF format strongly preferred
\_\_\_ In consolidated cases (excluding cross-appeals), appellants should **un-check** the case number(s) that is/are not their case. The appellant's brief should appear only on the docket of his/her specific appeal.
\_\_\_ Parties who have joined in a notice of appeal shall file a single brief. Fed. R. App. P. 3(b)(1).

COVER OF BRIEF (Fed. R. App. P. 32(a)(2)):

\_\_\_ Sixth Circuit case number
\_\_\_ Heading: "United States Court of Appeals for the Sixth Circuit"
\_\_\_ Title of case
\_\_\_ Nature of proceeding and name of court, agency or board below
\_\_\_ Title of brief (example "Appellant's Brief")
\_\_\_ Name(s) and address(es) of counsel filing the brief

CONTENTS (Fed. R. App. P. 28, 6 Cir. R. 28):

\_\_\_ Corporate Disclosure Form
\_\_\_ Table of Contents
\_\_\_ Table of Authorities with page references (with cases alphabetically arranged, statutes and other authorities)
\_\_\_ **Statement in support of oral argument** (if there is no statement, argument is waived)
   \*\*\*Page limitation, word or line count begins here. See Fed. R. App. P. 32(a)(7)
\_\_\_ Jurisdictional statement
\_\_\_ Statement of issues
\_\_\_ Statement of the case, setting out the relevant facts and history with references to the record

> When referring to a district court record, the citation must include: (1) a brief description of the document; (2) the docket entry number of the document; and (3) the Page ID # range for the relevant pages. See 6 Cir. R. 28 for additional information on how to reference appendices or administrative records in other appeals. Examples:
>
> Motion for Summary Judgment, RE 24, Page ID # 120-145
> Transcript, RE 53, Page ID # 675-682
> Plea Agreement, R. 44, Page ID # 220-225
> A.R., RE 5, Page ID # 190-191, pp. 69-70

| | |
|---|---|
| ___ | Summary of argument |
| ___ | Argument **with references to record and citations to case law, statutes and other authorities**. The preferred format is that references and citations appear in the body of the text and not in footnotes. |
| ___ | Standard of review (for each issue which may appear in discussion of each issue or under separate heading placed before discussion of issues) |
| ___ | Signed conclusion<br>    Signature format is: s/(attorney's name)<br>    Graphic or other electronic signatures discouraged |

***Page limitation, word or line count ends here

| | |
|---|---|
| ___ | A Certificate of Compliance as required by Fed. R. App. P. 32(a)(7)(C) |
| ___ | Dated Certificate of Service |
| _X_ | **Designation of Relevant District Court Documents with Page ID # range** |
| ___ | Other Addendum contents allowed by Fed. R. App. P. 28(f) or 6 Cir. R. 28(b). Addendum may **not** contain any items from lower court record or appendix. |

TYPEFACE AND LENGTH (See Fed. R. App. 32(a)(5) and (a)(7):

| | |
|---|---|
| ___ | Typeface either proportionally-spaced font at 14 point (such as CG Times or Times New Roman) or monospaced font at 12 point (such as Courier New) |

Times New Roman at 14 point     `Courier New at 12 point`

| | |
|---|---|
| ___ | Length for principal briefs: 30 pages OR up to 14,000 words (proportional fonts) OR up to 1300 lines (monospaced font) |
| ___ | Length for reply brief: 15 pages OR up to 7,000 words (proportional fonts) OR up to 650 lines (monospaced font) |
| ⎯⎯ | Briefs using the 14,000 word or 1300 line limits <u>must</u> include word or line count in certificate of compliance (see Fed. R. App. P. 32(a)(7)(C)). |
| ⎯⎯ | Headings, footnote and quotations count toward word or line limitations |
| ___ | For Death Penalty briefs, see 6 Cir. R. 32(b)(2) |
| ___ | For Cross-Appeals, see Fed. R. App. P. 28.1 |
| ___ | For Amicus briefs, see Fed. R. App. P. 29 and 32 |

MISCELLANEOUS:

| | |
|---|---|
| ⎯⎯ | Personal information must be redacted from the brief - see Fed. R. App. P. 25(a)(5) for specifics. When filing a brief, the ECF system will require attorneys to verify that personal information has been redacted. |
| ___ | Footnotes must be same sized text as body of brief. |