# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## CASE NO.  14-3601

JAVIER LUIS                                                       Plaintiff-Appellant

v.

AWARENESS TECHNOLOGIES                               Defendant-Appellee

_____

**APPELLEE'S MOTION FOR LEAVE TO FILE CORRECTED AMENDED BRIEF**
_____

Now comes Appellee Awareness Technologies and moves the Court for leave to file a Second Amended Appellee Brief for the reasons contained in the memorandum attached hereto.

Respectfully submitted,

/s/ Bernard W. Wharton
Bernard W. Wharton 0063487
R. Gary Winters 0018680
McCASLIN, IMBUS & McCASLIN
632 Vine Street, Suite 900
Cincinnati, OH 45202
(513) 421-4646 Phone
(513) 421-7929 Fax
bwwharton@mimlaw.com
rgwinters@mimlaw.com

*Attorneys for Defendant-Appellee*

**MEMORANDUM**

A corrected brief including a Designation of Relevant District Court Documents was filed by Appellee on December 17, 2014, pursuant to this Court's Order. Awareness Technologies request permission to clarify the issue concerning the definition of an "intercept" under the Wiretap Act. Particularly, Awareness Technologies wishes to clarify that the trial court did not find an intercept had occurred but rather found that the factual record was not developed enough so as to determine whether an intercept occurred in the motion to dismiss proceeding. Awareness Technologies wishes to amend this section of the Amended Appellee Brief to make this clear. These corrections can be made by Monday, December 22, 2014 if the Court will permit a short extension to file the Second Amended Brief of Appellee. This short extension should not prejudice the *pro se* Appellant nor delay the Court's consideration of these issues. Accordingly, Awareness Technologies respectfully requests permission to file a Second Amended Brief by December 22, 2014.

Respectfully submitted,

/s/ Bernard W. Wharton
Bernard W. Wharton 0063487
R. Gary Winters 0018680
McCASLIN, IMBUS & McCASLIN
632 Vine Street, Suite 900
Cincinnati, OH 45202
(513) 421-4646 Phone
(513) 421-7929 Fax
bwwharton@mimlaw.com
rgwinters@mimlaw.com

***Attorneys for Defendant-Appellee***

## **CERTIFICATE OF SERVICE**

   I hereby certify that on the 17th day of December, 2014, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. A copy of this document is being sent by U. S. Mail to *pro se* Appellant Javier Luis, 4414 West Minnehaha Street, Tampa, Florida 33614-3638.

             /s/ Bernard W. Wharton
             Bernard W. Wharton 0063487
             R. Gary Winters   0018680
             McCASLIN, IMBUS & McCASLIN
             632 Vine Street, Suite 900
             Cincinnati, OH 45202
             (513) 421-4646 phone
             (513) 421-7929 fax
             rgwinters@mimlaw.com
             bwwharton @mimlaw.com
             ***Attorneys for Defendant Awareness Technologies***