## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: December 18, 2014

Mr. Bernard William Wharton
McCaslin, Imbus & McCaslin
632 Vine Street
Suite 900 Provident Bank Building
Cincinnati, OH 45202

Re: Case No. 14-3601, *Javier Luis v. Joseph Zang, et al*
Originating Case No. : 1:12-cv-00629

Dear Sir or Madam,

The briefing schedule for this case has been reset and the briefs listed below must be filed with the Clerk's office no later than these dates. The appellant must serve his brief by mailing it to all opposing counsel.

| | |
|---|---|
| Appellee's Brief<br>Appendix (if required by 6th<br>  Cir. R. 30(a) and (c)) | Filed electronically by **December 22, 2014** |
| Appellant's Reply Brief<br>(Optional Brief) | Mailed **17** days after<br>the appellee's brief |

**Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**.

If you have questions about filing the briefs, refer to the initial briefing schedule letter or to the Court's web site www.ca6.uscourts.gov. If you still have questions after reviewing the information on the web site, please contact the Clerk's office.

Sincerely yours,

s/Robin Baker
Case Manager
Direct Dial No. 513-564-7027

cc:   Javier Luis