**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 13, 2015

Javier Luis
4414 W. Minnehaha Street
Tampa, FL 33614-3638

        Re: Case No. 14-3601, *Javier Luis v. Joseph Zang, et al*
            Originating Case No. : 1:12-cv-00629

Dear Mr. Luis,

   The motion for an extension of time to file the Reply Brief is GRANTED. The Reply Brief is now due January 26, 2015. The motion for appointment of counsel has been submitted to the Court for a ruling.

                        Sincerely yours,

                        s/Robin Baker
                        Case Manager
                        Direct Dial No. 513-564-7027

Enclosure